# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2412

———————————————

Naomi Soncag,

Appellant,

v.

Mustafa Soncag,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jack Schemer, Judge.

January 25, 2019

Per Curiam.

Affirmed.

Rowe, Ray, and Osterhaus, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Naomi Soncag, pro se, Appellant.

Mustafa Soncag, pro se, Appellee.